E-FILED 10/19/12

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA MARINO,<br><br>            Plaintiff,<br><br>      v.<br><br>WELLS FARGO BANK N.A., NDEX WEST LLC, a Delaware corporation, and DOES 1 through 20, inclusive,<br><br>            Defendants. | CASE NO.: 2:12-cv-04600 PSG (FFMx)<br><br><br>**[PROPOSED] JUDGMENT OF DISMISSAL OF DEFENDANT WELLS FARGO BANK, N.A.** |

On August 31, 2012, this Court entered an Order granting, without leave to amend, the Motion to Dismiss Plaintiff's Complaint filed by defendant WELLS FARGO BANK, N.A., successor by merger to Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a WORLD SAVINGS BANK, FSB ("Wells Fargo"), pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.  In accordance with that Order:

/ / /

/ / /

1     **IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

2     1.    Plaintiff's complaint is dismissed with prejudice as to Defendant

3 Wells Fargo;

4     2.    Plaintiff  shall take nothing from defendant Wells Fargo; and

5     3.    As the prevailing party, defendant Wells Fargo may submit motions to

6 tax costs and to recover attorneys' fees.

7     **IT IS SO ORDERED:**

8

9

10

11 Dated:    10/19/12                        **PHILIP S. GUTIERREZ**

12                               THE HON.  PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I, the undersigned, declare that I am over the age of 18 and am not a party to this action.  I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California  91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**[PROPOSED] JUDGMENT OF DISMISSAL OF DEFENDANT WELLS FARGO BANK, N.A.**

on the interested parties in said case as follows:

**Served Via the Court's CM/ECF System**

*Attorneys for Plaintiff*

Gene W. Choe, Esq.
Law Office of Gene W. Choe
3250 Wilshire Blvd., Suite 1200
Los Angeles, CA 90010
Tel: (213) 639-3888
Fax: (213) 383-8280

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.  This declaration is executed in Pasadena, California on October 17, 2012.

Vanessa Ngo                                        */s/ Vanessa Ngo*
(Type or Print Name)                          (Signature of Declarant)